IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
VISHAY DALE ELECTRONICS, INC.,)
                              )
            Plaintiff,        )         8:09CV266
                              )
     v.                       )
                              )
BI TECHNOLOGIES CORPORATION,  )         ORDER
                              )
            Defendant.        )
_____)
```

       This matter is before the Court on plaintiff's motion for extension of time to serve summons (Filing No. 8).  The Court finds the motion should be granted.  Accordingly,

       IT IS ORDERED that said motion is granted; plaintiff shall have until December 14, 2009, to effect service of summons.

       DATED this 7th day of December, 2009.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                            _____
                            LYLE E. STROM, Senior Judge
                            United States District Court