```
        IN THE UNITED STATES DISTRICT COURT FOR THE

                     DISTRICT OF NEBRASKA

VISHAY DALE ELECTRONICS, INC.,)
                              )
          Plaintiff,          )           8:09CV266
                              )
     v.                       )
                              )
BI TECHNOLOGIES CORPORATION,  )              ORDER
                              )
          Defendant.          )
_____)
```

This matter is before the Court on the joint motion to extend deadlines (Filing No. 19). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion is granted; defendant shall have until March 12, 2010, to answer or otherwise plead to plaintiff's complaint.

2) The parties shall have until March 26, 2010, to file their report of planning conference.

DATED this 25th day of February, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court